**ORIGINAL**

United States District Court
Southern District of Texas
FILED

SEP 04 2014

David J. Bradley, Clerk
Laredo Division

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. 5:14cr780 |
| RICARDO RANGEL | § § | |

## CRIMINAL INFORMATION

**DS**

THE UNITED STATES ATTORNEY CHARGES THAT:

At all times material to this Criminal Information:

### INTRODUCTION

**RICARDO RANGEL** was an elected public official in 2002 to the present, namely the Justice of the Peace of Precinct Two, Place Two, Webb County, Texas, and was sworn to faithfully execute the duties of his office and to preserve, protect, defend the laws of the State of Texas, and the United States Constitution.

The position of Justice of the Peace is established in Article 5, Section 18 of the State of Texas Constitution and establishes duties to include the authority to hear and make rulings in Class C misdemeanor cases, to make rulings on traffic offenses issued by state and county law enforcement, to issue State of Texas search and arrest warrants, and to establish bonds and/or reduce bonds for subjects who have been arrested on any state offenses.

1

One of the duties of a Justice of the Peace is to serve as a magistrate in the jurisdiction in which he presides. According to Texas Criminal Code, Title I, Chapter 17, magistrate judges in Texas may set and lower bonds for subjects who have been arrested for felony and state violations. Texas State Criminal Code Title I, Chapter 17 also empowers a Justice of the Peace to release an individual on a personal bond without payment or other financial obligations.

### COUNT ONE

On or about March 25, 2012, in the Southern District of Texas, and within the jurisdiction of this Court, the defendant,

### RICARDO RANGEL,

did knowingly and unlawfully obstruct, delay and affect and attempt to obstruct, delay and affect interstate and foreign commerce by extortion, in that the defendant **RICARDO RANGEL**, while performing his duties as a Justice of the Peace, did wrongfully and unlawfully obtain property, namely $250.00 in U.S. currency, not due him or his office from a bail bondsman, with his consent under color of official right, in exchange for granting a $1,000.00 surety bail bond on an individual who

had been arrested and charged with the Texas State criminal offense of driving while intoxicated.

In violation of Title 18, United States Code, Section 1951(a).

                        KENNETH MAGIDSON
                        UNITED STATES ATTORNEY

BY: _____
      Daniel C. Rodriguez
      Assistant U.S. Attorney

3

USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

LAREDO DIVISION

No. 5:14cr780

USAO Number: 2011R13720

Magistrate Number:

CRIMINAL INFORMATION      Filed _____   Judge: _____

UNITED STATES of AMERICA
VS.

ATTORNEYS:
KENNETH MAGIDSON, USA         (713) 567-9000
DANIEL C. RODRIGUEZ, AUSA     (713) 567-9638

RICARDO RANGEL

|   | Appt'd | Private |
|---|---|---|
|   | ☐ | ☐ |
|   | ☐ | ☐ |
|   | ☐ | ☐ |
|   | ☐ | ☐ |
|   | ☐ | ☐ |

Ct. 1: Extortion Under Color of Official Right (Hobbs Act) [18 USC § 1951(a)]

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

PENALTY: Ct. 1: Up to twenty (20) years imprisonment and/or a $250,000 fine with the possibility of up to three (3) years supervised release [Class C felony pursuant to 18 U.S.C. " 3559(a)(3) and 3583(b)(2)]

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: